IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DOROTHY PERRYMAN,
and STERLING BOLLING,

      Plaintiffs,

vs.                           CASE NO.: 4:06CV2-SPM-WCS

DEPARTMENT OF CHILDREN &
FAMILIES, STATE OF FLORIDA,

      Defendant.
_____/

**ORDER DISMISSING CLAIMS BY PERRYMAN
AND DENYING MOTION TO SEVER AS MOOT**

Upon consideration of the Report of Mediation (doc. 22), advising that this case has settled as to Plaintiff Perryman, it is

ORDERED AND ADJUDGED:

1. Plaintiff Perryman's claims against Defendant are dismissed with prejudice, subject to reopening within 60 days for good cause shown.

2. The motion to sever (doc. 17) is denied as moot.

3. This case shall proceed only on the claims of Plaintiff Sterling Bolling.

DONE AND ORDERED this 16th day of August, 2006.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    United States District Judge