IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

STERLING BOLLING,

      Plaintiff,

vs.                                        CASE NO.: 4:06cv2-SPM-WCS

DEPARTMENT OF CHILDREN &
FAMILIES, STATE OF FLORIDA,

      Defendant.
_____/

## ORDER OF DISMISSAL

Upon notification from the mediator that this case has settled, pursuant to Northern District of Florida Local Rule 16.2(D), it is

ORDERED AND ADJUDGED:

1. This case is dismissed with prejudice.

2. All pending motions are denied as moot.

2. The Court retains jurisdiction for a period of 60 days, during which time any party may move to reopen for good cause shown.

DONE AND ORDERED this 4th day of January, 2007.

                              *s/ Stephan P. Mickle*
                              Stephan P. Mickle
                              United States District Judge